UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIJ QUDUS,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:20-cv-00465-JDL<br>) |
| WASHINGTON COUNTY<br>COMMUNITY COLLEGE,<br>Defendant, | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Motion for Summary Judgment entered by Chief U.S. District Judge, Jon D. Levy on March 31, 2022; JUDGMENT is hereby entered for the defendant Washington County Community College, against the plaintiff, Erij Qudus.

                                          CHRISTA K. BERRY
                                          CLERK


                     By:    /s/ Charity Pelletier
                            Deputy Clerk

Dated: March 31, 2022